■ In the Matter of the Probate of the Will of JOHN B. HEYWARD, Deceased. VIOLA C. HEYWARD, Appellant; LILLIAN B. HEYWARD, as Executrix, Respondent.— Motion by appellant for further extension of time to perfect appeal granted upon the stipulation of the parties. Appellant's time is extended to the December Term, beginning November 28, 1960. The appeal is ordered on the calendar peremptorily for said term. The record and appellant's brief must be served and filed on or before November 10, 1960. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of ROY S. JOHNSON, Respondent, v. HAROLD A. MOORE et al., Constituting the Zoning Board of Appeals of the Village of Ardsley, Appellants.— Motion by appellants to dispense with the printing of certain documents and exhibits, and to dispense with the printing of the local zoning ordinance, granted by default; the originals or photostat copies to be submitted on the argument of the appeal. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of JOSEPH KAPLAN, Petitioner, v. WILLIAM S. HULTS, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Motion by petitioner to dispense with printing of certain exhibits and documents. Motion granted to the extent of dispensing with the printing of the exhibits and documents enumerated in the supporting affidavit, except the minutes of the hearing. The minutes must be printed. The originals or photostat copies of the exhibits and documents not printed shall be submitted on the argument. On the court's own motion, the proceeding is ordered on the calendar for the December Term, beginning November 28, 1960, and petitioner is given leave to submit a typewritten brief. Six copies of such brief must be filed and one copy served upon the Attorney-General on or before November 14, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of JOE KENLER, Respondent, v. JOHN M. MURTAGH, Chief City Magistrate, et al., Appellants.— Motion by the City of New York to serve and file a brief as amicus curiæ in support of appellants' position, granted. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of STANLEY PLESENT et al., Appellants, v. JAMES M. POWER et al., Respondents.— Motion to dispense with printing granted. The appeal will be heard on the original papers and exhibits, including the type-written minutes, and on typewritten briefs of all parties. The parties are directed to file six copies of their respective briefs and to serve one copy on each other. At least 10 days before the service of their brief the appellants are also directed to deliver to respondents a copy of the minutes. Upon request, the original exhibits shall be made available to all parties for the preparation of briefs. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of the Accounting of MARY M. SAETTA, as Administratrix of the Estate of JOSEPH SAETTA, Deceased, Respondent. THOMAS SAETTA et al., Appellants.— Motion by respondent to dismiss two appeals on the ground that the appeal records were not served as required by rule 230 of the Rules of Civil Practice, denied, on condition that appellants perfect the appeals, and argue or submit them at the January 1961 Term. The appeals are ordered on the calendar for said term. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.